IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE BAUER,<br><br>    Plaintiff,<br><br>    v.<br>COLLINSVILLE METROPOLITAN<br>EXPOSITION AUDITORIUM AND<br>OFFICE BUILDING AUTHORITY<br><br>D/B/A<br><br>GATEWAY CENTER,<br><br>    Defendant. | Case No. 3:18-cv-01280<br><br>JURY TRIAL DEMANDED |

Serve:    **Cynthia Warke**
            **1 Collinsville Drive**
            **Collinsville, Illinois 62234**

### FIRST AMENDED COMPLAINT

COMES NOW, Plaintiff, Catherine Bauer ("Bauer") and for her Complaint against Collinsville Metropolitan Exposition Auditorium and Office Building Authority d/b/a Gateway Center ("Gateway"), and states as follows:

### Parties

1. Bauer is a female, and an American citizen of the State of Illinois.

2. Gateway Center is an Authority of the State of Illinois with its principal place of business located in the County of Madison, State of Illinois.

### Jurisdiction and Venue

3. Jurisdiction of this Court is based on 28 U.S.C, § 1331, in that this action arises under the Americans with Disabilities Act ("ADA"), 42 U.S.C.§§ 12111–12117 and the Family Medical Leave Act ("FMLA") 29 U.S.C. § 2615.

{00036159.DOCX}

4. Venue is proper in this judicial district for the unlawful discriminatory practices that gave rise to this instant action occurred in Madison County Illinois, Bauer is a citizen residing in this judicial district and Gateway Center does business and can be found in this judicial district

5. Bauer worked as an Operations Foreman for Gateway Center from May 30, 2016 until she was terminated on February 2, 2018.

6. While working at Gateway Bauer always had always received outstanding Employee Reviews and Bauer received a $4000.00 raise on May 30, 2017.

7. On or before December 2017, Bauer informed Gateway and Tracy Robinette ("Robinette"), Director of Human Resources and Administrative Services, that she had thyroid cancer and was required to be off work for medical reasons for approximately six (6) weeks.

8. After Bauer's request for Family Medical Leave ("FMLA") Robinette informed Bauer that she was causing Gateway's insurance rates to increase.

9. Bauer went on FMLA on December 13, 2017 and returned on work at Gateway on January 29, 2018.

10. Four days after returning to work on February 2, 2018, Bauer was immediately terminated.

11. The stated reason for Bauer's termination was "Gateway Center feels that continued employment is not in the best interest of the organization".

12. Bauer filed charges with the Equal Employment Opportunity Commission ("EEOC") (Attached hereto as Exhibit A).

13. Bauer received a Right to Sue letter from the EEOC on April 13, 2018 (attached to the original Petition as Exhibit A).

{00036159.DOCX}

## COUNT I –Discrimination Disability-Federal

14. Bauer incorporated by reference paragraphs 1-13.

15. Bauer's' thyroid cancer substantially limited her major life activities

16. Bauer was able to perform her job of Operations Foreman with reasonable accommodation.

17. Bauer was terminated by Robinette and Gateway Center because of her disability or perceived disability in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C.§§ 12111–12117

WHEREFORE, Bauer prays that judgment be entered against gateway Center and Robinette and in Bauer's favor for her injuries in excess of the amount of $75,000 plus back pay, front pay, his costs and attorney's fees and punitive damages in a total count of $250,000.

## COUNT II-Retaliation Family Medical Leave

18. Bauer incorporates by reference paragraphs 1-13.

19. Because of her thyroid cancer Bauer took FMLA leave.

20. Thyroid Cancer is a serious health condition as defined by the FMLA.

21. Bauer had worked for gateway Center for more than one year and had worked more than 1250 hours in year prior to her taking FMLA leave.

22. Immediately upon returning from FMLA leave Bauer was terminated by Gateway Center.

23. The temporal proximity of Bauer's termination after returning from FMLA leave and the statement by Robinette that Bauer was causing insurance rates to increase are evidence that Gateway and Robinette terminated Bauer because she took Family Medical Leave.

{00036159.DOCX}

WHEREFORE, Coats prays that judgment be entered against Gateway and Robinette and in Bauer's favor for her injuries in excess of the amount of $75,000 plus back pay, front pay, her costs and attorney's fees and punitive damages in a total count of $250,000.

Respectfully submitted,

KAPLAN ASSOCIATES, LLC

By: */s/Lawrence P. Kaplan*
    Lawrence P. Kaplan, #19782
    Catherine Grantham, #57113
    101 S. Hanley, Suite 1310
    St. Louis, Missouri 63105
    Telephone: (314) 863-2929
    Facsimile: (314) 863-9777
    lkaplan@ka-law.com
    cgrantham@ka-law.com
    *Attorneys for Catherine Bauer*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of June 2018, this Complaint was filed with the U.S. District Court, Southern District of Illinois using the Court's CM/ECF system which sent notice to all counsel of record.

*/s/Lawrence P. Kaplan*

{00036159.DOCX}