IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE BAUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-1280-SMY-RJD |
| | ) |
| COLLINSVILLE METROPOLITAN | ) |
| EXPOSITION AUDITORIUM AND | ) |
| OFFICE BUILDING AUTHORITY d/b/a | ) |
| GATEWAY CENTER, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendant are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** September 13, 2019

MARGARET M. ROBERTIE,
Clerk of Court

By: s/ Stacie Hurst, Deputy Clerk

**Approved:**

STACI M. YANDLE
United States District Judge